

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 2 1 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUL-T-LOCK USA, INC., a Maryland corporation, <br><br> *Plaintiff,* <br> v. <br><br> M.A.D. Discount Store, Inc. d/b/a Mad Home Centre, and AARON SHAMAY and AHAROV ILYEAV, Individually, <br><br> *Defendants.* | Civil Action No. 18-cv-1268 <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED that pursuant to Fed. R. Civ. P. 41(a)(2), all claims in the above-captioned action be dismissed with prejudice and without costs as to any party.

ORDERED THIS 20th day of Feb , 2019

/s/ *Nina Gershon*
~~Hon. James Orenstein, U.S.M.J.~~
USDJ
2-20-19

**STIPULATED TO:**

_____
Joel G. MacMull, Esq.
**MANDELBAUM SALSBURG P.C.**
3 Becker Farm Road
Roseland, New Jersey 07078

*Attorneys for Mul-T-Lock USA, Inc.*


_____
Vivek Suri, Esq.
Attorney at Law
20 Vesey Street, Suite 300
New York, NY 10007

*Attorneys for M.A.D. Discount Store, Inc. and
Aaron Shamay a/k/a Aharov Ilyeav*